UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCO BRANDS, INC., CURTIS COMPUTER PRODUCTS INC., ALLSOP, INC., AMERICAN COVERS, INC. & GEMINI INDUSTRIES, INC.<br><br>Defendants. | Case No. 01-607JRT/SRN<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

The parties hereto, by their undersigned counsel, stipulate that Defendant American Covers, Inc. shall have until June 6, 2001, to answer or otherwise plead to the Complaint in the above-entitled matter.

Dated: May 7, 2001.

MERCHANT & GOULD P.C.

By [signature]
Alan G. Carlson, License No.14801
David K. Tellekson, License No. 173836
Jonelle R. Witt, License No. 282595
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/332-5300

***Attorneys for Plaintiffs***

Doc# 1392776\1

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May 7, 2001.

LINDQUIST & VENNUM P.L.L.P.

By [signature]
David A. Allgeyer, License No. 12042x
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/371-3211
Fax: 612/371-3207

Of Counsel:
Nhat Phan
Burns Doane Swecker & Mathis LLP
P.O. Box 1404
Alexandria, VA 22313-1404
Telephone: 703/836-6620
Fax: 703/836-2021

***Attorneys for Defendant American Covers, Inc.***

SO ORDERED:

Dated: May 9, 2001.

BY THE COURT:

[signature]
Susan B. Nelson
United States Magistrate Judge