UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,

Plaintiffs,

vs.

ACCO BRANDS, INC., CURTIS COMPUTER PRODUCTS, INC., ALLSOP, INC., AMERICAN COVERS, INC. & GEMINI INDUSTRIES, INC.,

Defendants.

Case No. 01-607 JRT/SRN

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Plaintiffs and Defendant ACCO Brands, Inc., by and through their undersigned counsel, hereby agree and stipulate to an extension of time for ACCO Brands, Inc. to answer Plaintiffs' Complaint until June 1, 2001.

Dated: 5/10/01

MERCHANT & GOULD

By [signature]
Alan G. Carlson (#14801)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Dated: 5/4/01

BEST & FLANAGAN LLP

By [signature]
Robert L. Meller, Jr. (#71912)
Robert D. Maher (#220863)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANTS

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SO ORDERED.

BY THE COURT:

Dated: May 14, 2001

Susan Richard Nelson

Susan Nelson
United States Magistrate Judge

149992