420289

UNITED STATES DISTRICT COURT
District of Minnesota

# PETITION FOR ADMISSION *PRO HAC VICE*

**Case Number: 01-607 JRT/SRN**

**Affidavit of Movant**

I, Frederick W. Morris, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* Eric H. Weisblatt, an attorney admitted to practice in the Commonwealth of Virginia, but not admitted to the bar of this Court, who will be counsel for the Defendant American Covers, Inc. in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Frederick W. Morris
Signature

June 1, 2001
Date

Minnesota Attorney License Number: 75358

Law Firm Name & Address: Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402

Telephone: 612-335-1500 Fax: 612-335-1657

**Affidavit of Proposed Admittee**

I, Eric H. Weisblatt., am currently a member in good standing of the Virginia Supreme Court, United States District Court for the Eastern District of Virginia, United States District Court for the Eastern District of Wisconsin, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Federal Circuit, and United States Supreme Court, but not admitted to the bar of this Court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Eric H. Weisblatt
Type/Print Name

E. H. Weisblatt
Signature

5/20/01
Date

Virginia Attorney License Number: 21561

Law Firm Name & Address: Burns Doane Swecker & Mathis LLP, Suite 500, 1737 King Street, Alexandria, Virginia 22314-2727

Telephone: (703) 836-6620 Fax: (703) 836-2021

Case Number: 01-607 JRT/SRN Judge Assigned: Tunheim/Nelson
Case Title: Minnesota Mining and Manufacturing Company, et al. v. Acco Brands, Inc., et al.

Motion Granted: Francis E. Dosal
For the Court

JUN 04 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
St. Paul, Minnesota 55101

FILED JUN 04 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

2081628v1