UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

MINNESOTA MINING & MANUFACTURING COMPANY and 3M INNOVATIVE PROPERTIES COMPANY ,

Plaintiffs,

v.

ACCO BRANDS, INC., CURTIS COMPUTER PRODUCTS, INC., ALLSOP, INC., AMERICAN COVERS, INC. and GEMINI INDUSTRIES, INC.,

Defendants.

Case No. 01-607JRT/SRN

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**

Assigned to the Hon. John R. Tunheim

Plaintiffs Minnesota Mining & Manufacturing Company and 3M Innovative Properties Company (collectively "Plaintiffs") and defendant ACCO Brands, Inc. ("ACCO"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on or about April 9, 2001, Plaintiffs filed a complaint in this Action alleging that ACCO, and the other defendants named herein, had manufactured, used, and/or sold certain gel-filled wrist rests products that infringed U.S. Patent No. 5,713,544 (the "'544 Patent");

WHEREAS, on or about May 11, 2001, ACCO received notice from the United States International Trade Commission that, pursuant to a complaint filed by Plaintiffs therein, it had instituted an investigation under Section 337 of the Tariff Act of 1930, entitled *Certain Gel-Filled Wrist Rests And Products Containing Same*, ITC Investigation No. 337-TA-456 ("ITC Investigation"), based on Plaintiff's allegations that ACCO, and the other defendants named in this Action, had manufactured, used, and/or sold certain gel-filled wrist rest products that infringed the '544 Patent;

WHEREAS, 28 U.S.C. §1659 requires a Court in an alleged infringement action to stay its proceedings, at the request of a party who is also a respondent in a Section 337 proceeding, with respect to any claim that involves the same issues as those pending before the ITC until the



FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGEMENT ENT'D
DEPUTY CLERK

determination of the Commission becomes final. The ITC Investigation and this action involve the same issues;

ACCORDINGLY, THE PARTIES HEREBY AGREE AND STIPULATE that this action be stayed pursuant to Section 1659 pending a final determination by the ITC in *Certain Gel-Filled Wrist Rests And Products Containing Same*, ITC Investigation No. 337-TA-456.

DATED: 6/01, 2001

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP
K. T. CHERIAN
BRIAN A.E. SMITH

BEST & FLANAGAN LLP

By: Robert L. Meller, Jr.
Best & Flanagan LLP
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 339-7121
Fax: (612) 339-5897

Attorneys for Defendant
ACCO BRANDS, INC.

DATED: 6/01, 2001

MERCHANT & GOULD P.C.

By: David K. Tellekson
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Fax: (612) 332-9081

Attorneys for Plaintiffs
MINNESOTA MINING & MANUFACTURING COMPANY and 3M INNOVATIVE PROPERTIES COMPANY

# ORDER

**IT IS HEREBY ORDERED** that this litigation is stayed pending notice to the Court that a final determination has been entered by the United States International Trade Commission in *Certain Gel-Filled Wrist Rests And Product*, ITC Investigation No. 337-TA-456.

Dated: 6/5, 2001

[signature]
The Honorable John R. Tunheim
U.S. District Court Judge

SF 1227032 v1