**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

3M Company, et al,

Plaintiffs

v. **CIVIL 01-607 (JRT/SRN)**

ACCO Brands, Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

3M Company, et al,

Plaintiffs,

v. **CIVIL 02-4891 (DSD/SRN)**

Velo Enterprise Co.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-607 having been assigned to Judge John R. Tunheim and Case Nos. 02-4891 having later been assigned to Judge David S. Doty and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-4891 be assigned to Judge John R. Tunheim and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 30, 2002.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: January 3, 2003.

Judge John R. Tunheim
United States District Court

DATED: January 6, 2003.

Judge David S. Doty
United States District Court

FILED JAN 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3M Company, et al

vs 02-4891JRT/SRN

Velo Enterprise Co

Pursuant to an Order for Reassignment of a Related Case signed by Judges Tunheim and Doty, the above matter has been reassigned to Judge John R. Tunheim as a related case to civil no 01-607JRT/SRN already assigned to Judge Tunheim. Please note the change in the presiding judge's initials above and refer to them when submitting materials to the court. Please also note that Magistrate Judge Susan R. Nelson remains the referral judge in this matter.