**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Minnesota Mining and Manufacuturing Company and 3M Innovative Properties Company,**

**Plaintiffs,**

**v.**

**ACCO Brands, Inc., Allsop, Inc., and American Covers Inc.,**

**Defendants.**

**Civil No. 01-607 JRT/SRN**

**RECUSAL ORDER**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: January 29, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JAN 29 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

3M, et al

vs

01-0607JRT/AJB
02-4891JRT/AJB

ACCO Brands, Inc., et al
Velo Enterprises Co., Ltd

Pursuant to and Order of Recusal by Magistrate Judge Susan R. Nelson, the above cases have been referred to Magistrate Judge Arthur J. Boylan as both cases are related. Please note the change in the MJ initials above and refer to them when submitting materials to the court. Please also note that Judge Tunheim remains the presiding judge in the actions.