UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,

Civil No. 01-607 JRT/AJB

Plaintiffs,

v.

ORDER

ACCO BRANDS,INC., ALLSOP, INC., & AMERICAN COVERS INC.,

Defendants.

---

WHEREAS, on June 1, 2001, District Court Judge John R. Tunheim entered an Order staying this litigation pending completion of an International Trade Commission investigation, and

WHEREAS, Judge Tunheim's Order stayed this matter pending the Final Determination of the International Trade Commission's Investigation No. 337-TA-456, and

WHEREAS, this Court has been notified that said Final Determination of the International Trade Commission has been filed and an Order was issued on January 23, 2003, *nunc pro tunc* November 25, 2003, terminating the investigation,

NOW THEREFORE, IT IS HEREBY ORDERED THAT the stay of this litigation is lifted. This litigation shall proceed as provided under the Federal Rules of Civil Procedure and other applicable statutes.

Dated: 2/4/03

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed FEB 04 2003
Richard Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________