ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., CURTIS COMPUTER PRODUCTS, INC., ALLSOP, INC. AMERICAN COVERS, INC., & GEMINI INDUSTRIES, INC.<br><br>Defendants. | Civil Action No. 01-607 (JRT/SRN)<br><br>Judge John R. Tunheim<br>Magistrate Judge Susan R. Nelson |

**CONSENT JUDGMENT**

Minnesota Mining and Manufacturing Company ("3M"), 3M Innovative Properties Company ("3M IPC"), and Allsop, Inc. ("Allsop") (jointly the "Parties"), having considered the facts and applicable law and having agreed to the entry of this Judgment with respect to the claims made by 3M and 3M IPC against Allsop, it is therefore found, adjudged, and decreed as follows:

**Findings of Fact**

1. 3M is a Delaware corporation having its principal place of business at the 3M Center, St. Paul, Minnesota 55133-3427, and is in the business of manufacturing and selling a wide variety of consumer, commercial and industrial products, including ergonomic office products, such as gel-filled wrist rests.

FEB 0 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. 3M IPC is a Delaware Corporation having a principal place of business at the 3M Center, St. Paul, Minnesota 55133-3427, and, among other things, manages, holds and licenses intellectual property.

3. Allsop is a corporation formed under the laws of the State of Washington and having a principal place of business at 4201 Meridian Street, Bellingham, Washington 98226. Allsop is engaged in the business of manufacturing and selling consumer electronic accessories, including telephone, audio, and computer-related products.

4. On February 3, 1998, United States Patent No. 5,713,544 ("the '544 patent") entitled "Wrist Rest Assembly" was duly and legally issued to Plaintiff 3M as assignee of inventors Robert J. Wolf, Thomas J. Barnidge, Wayne K. Darvell, and Kenneth J. Kirchhoff. The '544 patent was subsequently assigned to 3M IPC, and 3M IPC granted a license under the '544 patent to 3M.

5. 3M brought this action for patent infringement against Allsop, and other Defendants, on April 9, 2001.

6. Allsop has sold, used, imported, and offered for sale products that infringe one or more claims of the '544 patent.

7. Any Finding of Fact that is deemed to be a Conclusion of Law is hereby adopted as such.

8. The Parties seek to terminate this litigation for all claims against Allsop through this Consent Judgment.

**Conclusions of Law**

9. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq.* This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has personal jurisdiction over the Parties, and venue is proper in this district pursuant to 28 U.S.C. § 1400(b).

11. All of the claims of the '544 patent are valid and enforceable based on Allsop's past, present, and future products.

12. The Parties intend and this Court explicitly orders that the issue of infringement is hereby finally concluded and disposed of and that this Consent Judgment bars Allsop from contending in this action or any other proceeding that the products in suit and other products that are only colorably different do not infringe the '544 patent.

13. This Judgment shall finally conclude and dispose of this litigation as to all claims against Allsop. This Judgment shall also be entitled to issue preclusion, claim preclusion, res judicata, and collateral estoppel effect in future litigation or Patent Office proceedings relating to the '544 patent. The Parties and this Court explicitly intend such issue preclusion, claim preclusion, res judicata, and collateral estoppel effects to extend to the issues of infringement, claim construction, validity, and enforceability regarding any claim of the '544 patent whether raised in a court proceeding, Patent Office proceeding, re-examination, reissue or other dispute even with respect to materially different products.

14. Any Conclusion of Law that is deemed to be a Finding of Fact is hereby adopted as such.

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED that:

A. Allsop, including its officers and directors, agents, servants, employees, attorneys, assignees, and all persons controlling or in active concert or participation with, through, or under Allsop are hereby enjoined from infringing claims of the '544 patent and from causing, inducing, or contributing to the infringement of the '544 patent by any other.

B. This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment.

C. No appeal shall be taken by any party from this Consent Judgment, the right to appeal being expressly waived by the Parties.

D. This Consent Judgment shall finally conclude and dispose of all claims and counterclaims brought by the Parties with prejudice.

E. Final judgment shall be entered pursuant hereto, forthwith, without further notice.

The Clerk is directed to enter this final Consent Judgment forthwith.

IT IS SO ORDERED.

Dated: February 3, 2003

THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT JUDGE

HEREBY STIPULATED AND AGREED TO:

MINNESOTA MINING &
MANUFACTURING COMPANY,

By its attorneys,

Dated: 1/27/03

David K. Tellekson, # 173,836
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: 612/332-5300
Facsimile: 612/332-9081

Michaele A. Hakamaki
3M COMPANY
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, Minnesota 55133-3427

3M INNOVATIVE PROPERTIES
COMPANY,

By its attorncys,

Dated: 1/27/03

David K. Tellekson, # 173,836
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: 612/332-5300
Facsimile: 612/332-9081

Michaele A. Hakamaki
3M INNOVATIVE PROPERTIES COMPANY
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, Minnesota 55133-3427

ALLSOP INDUSTRIES, INC.,
4201 Meridian Street
Bellingham, Washington 98226

By its attorneys,

Dated: 10/11/01

James R. Uhlir
CHRISTENSEN, O'CONNOR, JOHNSON & KINDNESS, PLLC
1420 Fifth Avenue
Suite 2800
Seattle, Washington 98101-2347