UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA MINING AND MANUFACTURING COMPANY, ET AL.,

Plaintiffs,

v.

ACCO BRANDS, INC., ET AL.,

Defendants.

Civil No. 01-607 JRT/AJB

NOTICE OF HEARING

---

You are hereby given notice that Defendant's Motion to Resume Stay of the Instant Action will be held on April 9, 2003 at 8:00 a.m., in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 4/3/03

Arthur J. Boylan
United States Magistrate Judge

Filed APR 03 2003
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials