UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,

Plaintiffs,

v.

ACCO BRANDS,INC., ALLSOP, INC., & AMERICAN COVERS INC.,

Defendants.

Civil No. 01-607 JRT/AJB

and

MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,

Plaintiffs,

v.

VELO ENTERPRISE CO., LTD.,

Defendant.

Civil No. 02-4891 JRT/AJB

**AMENDED**
NOTICE OF HEARING

---

You are hereby given notice that Plaintiff's Motion to Consolidate the above captioned matters has been rescheduled to be heard on **July 14, 2003 at 8:30 a.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

If the parties wish to appear by telephone please contact Judicial Assistant Kathy Thobe at (651) 848-1210.

JUN 24 2003
Filed ____________
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Dated: 6/24/03

Arthur J. Boylan
United States Magistrate Judge