**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

MINNESOTA MINING AND MANUFACTURING CO., ET AL.,

Plaintiffs,

v.

ACCO BRANDS, INC., ET AL.,

Defendants.

**Civil No. 01-607 JRT/AJB**

**ORDER TO TRANSFER FILE**

---

MINNESOTA MINING AND MANUFACTURING CO.,

Plaintiff,

v.

VELO ENTERPRISES CO.,

Defendant.

Civil No. 02-4891 JRT/AJB

**ORDER TO TRANSFER FILE**

---

The above matter came before the court on Defendants' Motion for the Court to Request Transfer of the Record of the Related International Trade Commission Investigation. [01-607, Docket No. 64] [02-4891, Docket No. __]. Pursuant to 28 U.S.C. § 1659(b), "after dissolution of a stay under subsection (a), the records of the proceeding before the United States International Trade Commission shall be transmitted to the district court and shall be admissible in the civil action, subject to such protective order as the district court deems necessary ...." The stay in this case under § 1659(a) has been lifted. Plaintiff has not opposed this Motion. Therefore, based on the statute, file, memoranda and arguments of counsel,

AUG 20 2003
JUDGMENT
DEPUTY CLERK

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion is **granted**. [01-607, Docket No. 64] [02-4891, Docket No. __].

2. The United States International Trade Commission shall transfer the entire record of its Investigation Number 337-TA-456, *Certain Gel-Filled Wrist Rests and Products Containing Same*, to the District of Minnesota.

3. Defendants shall ensure that the United States International Trade Commission receives notice of this Order.

4. Upon receipt, the record shall be subject to the Protective Order in Cases Civil No. 01-607 and Civil No. 02-4891.

Dated: 8/20/03

Arthur J. Boylan
United States Magistrate Judge