**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Civil No. 01-607 (JRT/AJB)**

MINNESOTA MINING AND
MANUFACTURING CO., et al.,

Plaintiffs,

v.

ACCO BRANDS, INC., et al.,

Defendants.

**Civil No. 02-4891 (JRT/AJB)**

MINNESOTA MINING AND
MANUFACTURING CO., et al.,

Plaintiffs,

v.

VELO ENTERPRISES CO.,

Defendant.

**ORDER**

---

Matthew J. Goggin, MERCHANT & GOULD, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402 and Alan G. Carlson, CALRSON CASPERS VANDENBURGH & LINDQUIST, 225 South Sixth Street, Suite 3200, Minneapolis, MN 55402, for plaintiffs.

Frederick W. Morris, LEONARD, STREET AND DEINARD, 150 South Fourth Street, Ste 2300, Minneapolis, MN 55402, for defendants ACCO Brands and American Covers.

Eric H. Weisblatt, BURNS DOANE SWECKER & MATHIS, 1737 King Street, Suite 500, Alexandria, VA 22314, for defendant Velo Enterprises Co.

FILED AUG 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated July 15, 2003. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings therein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions to consolidate [Docket No. 50 in 01-607, and Docket No. 13 in 02-4891] are **GRANTED**.

DATED: Aug. 22, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge



JUDGE