UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Company, et al.

Plaintiffs,

v.

CIVIL 01-607 (JRT/AJB)

ACCO Brands, Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

3M Company, et al.,

Plaintiffs,

v.

CIVIL 03-5438 (JNE/JGL)

VELO Enterprise Co., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 01-607 having been assigned to Judge John R. Tunheim and Case Nos. 03-5438 having later been assigned to Judge Joan N. Ericksen and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 03-5438 be assigned to Judge John R. Tunheim and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated February 10, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: October 10, 2003.

Judge John R. Tunheim
United States District Court

DATED: October 13, 2003.

Judge Joan N. Ericksen
United States District Court

OCT 15 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK