**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., and AMERICAN COVERS, INC.<br><br>Defendants. | Civil Action No. 01-607 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| MINNESOTA MINING AND MANUFACTURING COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD<br><br>Defendant. | Civil Action No. 02-4891 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**STIPULATED MOTION AND [PROPOSED] ORDER FOR THE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINTS**

WHEREAS, Defendants ACCO Brands, Inc., American Covers, Inc., and VELO Enterprise Co. Ltd. have each previously consented to a request by Plaintiffs to file and serve Amended Complaints against Defendants in case numbers 01-607 JRT/AJB and 02-4891 JRT/AJB;

WHEREAS, the parties have met to discuss the timing of Defendants' responsive pleadings and have agreed that the ten (10) days otherwise allowed under the Federal Rules of Civil Procedure are insufficient under the circumstances;

FILED NOV 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

WHEREAS, Defendants have therefore requested an extension of time, through and including December 1, 2003, to answer, move or otherwise plead to Plaintiffs' Amended Complaints; and

WHEREAS, Plaintiffs consent to the extension of time requested;

NOW, THEREFORE, BY THIS STIPULATED MOTION, Defendants hereby move the Court for leave to answer, move or otherwise plead to Plaintiffs' Amended Complaints no later than December 1, 2003.

Dated: November 17, 2003

Respectfully submitted,

Kevin D. Conneely

Frederick William Morris (75358)
Kevin D. Conneely (192703)
**LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION**
150 5th Street South, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

Steven E. Adkins
Lawrence J. Gotts
Elizabeth M. Roesel
**SHAW PITTMAN, L.L.P.**
1650 Tysons Boulevard
McLean, VA 22102
Telephone: (703) 770-7900
Facsimile: (703) 770-7901

**COUNSEL FOR DEFENDANTS ACCO BRANDS, INC., AMERICAN COVERS, INC., AND VELO ENTERPRISE CO., LTD.**

Dated: November 17 2003

Matthew Goggin

Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis MN 55402
Telephone: 612-436-9600
Facsimile: 612-436-9605

-AND-

David K. Tellekson (WSBA # 33523)
DARBY & DARBY P.C.
1191 Second Ave., Suite 1900
Seattle WA 98101
Telephone: 206-262-8900
Facsimile: 206-262-8901

Of Counsel:
Hildy Bowbeer, Esq.
George W. Jonas, Esq.
3M Company
Office of Intellectual Property Counsel
3M Center
PO Box 33427
Saint Paul MN 55133-3427

**COUNSEL FOR PLAINTIFFS 3M COMPANY AND 3M INNOVATIVE PROPERTIES CO.**

**ORDER**

**IT IS HEREBY ORDERED,** pursuant to the foregoing Stipulated Motion, that Defendants be granted through and including December 1, 2003 to answer, move or otherwise plead to the Amended Complaints previously served by Plaintiffs.

Dated: November 19, 2003

BY THE COURT:

Magistrate Judge Arthur J. Boylan