ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY, Plaintiffs, v. ACCO BRANDS, INC., and AMERICAN COVERS, INC., Defendants. | Civil Action No. 01-607 (JRT/AJB)<br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY Plaintiffs, v. VELO ENTERPRISE CO., LTD Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR THE EXTENSION OF TIME FOR PLAINTIFFS' TO REPLY TO DEFENDANTS COUNTERCLAIM**

WHEREAS, Plaintiffs 3M Company and 3M Innovative Properties Co. have previously consented to requests by Defendants Velo Enterprise Co., Ltd., ACCO Brands, Inc., and American Covers, Inc., to extend the time for Defendants to answer, move or otherwise plead to Plaintiffs' amended complaints, all parties agreeing that the ten days otherwise allowed under the Federal Rules of Civil Procedure were insufficient under the circumstances;

WHEREAS, the parties have met to discuss the timing of Plaintiffs' Reply to Defendants' Counterclaim and have agreed that the twenty days otherwise allowed under the Federal Rules of Civil Procedure are insufficient under the circumstances;

JAN 0 7 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

WHEREAS, Plaintiffs have therefore requested an extension of time, through and including January 12, 2004, to Reply to the Counterclaims of Defendants Velo Enterprise Co., Ltd., ACCO Brands, Inc., and American Covers, Inc.; and

WHEREAS, Defendants consent to the extension of time requested;

NOW, THEREFORE, BY THIS STIPULATED MOTION, Plaintiffs and Defendants hereby move the Court for an Order granting Plaintiffs leave to Reply to Defendants' Counterclaims no later than January 12, 2004.

Respectfully submitted,

**3M COMPANY AND**
**3M INNOVATIVE PROPERTIES COMPANY,**

By their Counsel,

Dated: January 5, 2004.

Matthew Goggin

Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
**CARLSON, CASPERS, VANDENBURGH & LINDQUIST**
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: 612-436-9600
Facsimile: 612-436-9605

David K. Tellekson, (WSBA No. 33523)
**DARBY & DARBY P.C.**
1191 Second Avenue, Suite 1900
Seattle, Washington 98101-3420
Telephone: (206) 262-8900
Facsimile: (206) 262-8901

Of Counsel:
Hildy Bowbeer, Esq.
George W. Jonas, Esq.
3M Company
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427

**ACCO BRANDS, INC., and**
**AMERICAN COVERS, INC., and**
**VELO ENTERPRISE CO., LTD.**

By their Counsel,

Dated: January 6, 2004.

Frederick W. Morris (#75358)
Jeffrey A. Eyres (#228527)
Kevin D. Conneely (#192703)
**LEONARD, STREET & DEINARD, P.A.**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

Steven E. Adkins
Lawrence J. Gotts
Elizabeth Miller Roesel
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
Telephone: (703) 770-7900
Facsimile: (703) 770-7901

**ORDER**

**IT IS HEREBY ORDERED**, pursuant to the foregoing Stipulated Motion, that Plaintiffs be granted through and including January 12, 2004 to Reply to the Counterclaims previously served by Defendants.

Dated: January 7, 2004.

BY THE COURT:

Magistrate Judge Arthur J. Boylan