# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Minnesota Mining and Manufacturing Co. and 3M Innovative Properties Co.

Plaintiffs,

v.

ACCO Brands, Inc. and American Covers, Inc.,

Defendants.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-607 JRT/AJB |
| Date: | May 10, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 155 |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 11:00 a.m. |
| Time in Court: | 30 Minutes |

APPEARANCES:

Plaintiffs: J. Derek Vandenburgh
Russell J. Rigby

Defendants: Kevin D. Conneely

MOTION:

Plaintiffs' Motion to Strike Defendants' Prior Art Statement as Non-Responsive [Docket No. 105]

Motion taken under advisement as of: May 10, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED

s/Kelly L. Mangan
Law Clerk