# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED

Clear Form

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-607 (JRT/AJB) Case Title: Minnesota Mining and Manufacturing Co., et al. v. ACCO & ACI.

**Affidavit of Movant**

I, Kevin D. Conneely, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Chad D. Wells, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Eastern District of Virginia, but not admitted to the bar of this court, who will be counsel for the ☐ plaintiff ☒ defendant ACCO & ACI in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).

☐ 2. I am not a resident of the State of Minnesota.

☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature: Kevin D. Conneely MN Attorney License #: 192703 Date: 5/20/04

**Affidavit of Resident Minnesota Bar Member** (Must be completed if movant checks box 2 or 3 above.)

I, ______________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature ______ MN Attorney License # ______ Date ______

**Affidavit of Proposed Admittee**

I, Chad D. Wells, am currently a member in good standing of the U.S. District Court for the Eastern District of Virginia, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).

Type/Print Name: Chad D. Wells Signature: Chad D. Wells Date: May 17, 2004

Attorney License Number: 48909 issued by the State of VA (initials)

Law Firm Name: Shaw Pittman LLP Main Phone: (703) 770-7900

Law Firm Addrs: 1650 Tysons Blvd. Direct Phone: (703) 770-7697

McLean, VA 22102

Motion Granted for the Court: Richard D. Sletten, Clerk Date: MAY 26 2004

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

SCANNED MAY 27 2004 U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota


Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500


To Whom it May Concern:

We have accepted for filing pleadings in an action listing you as counsel or co-counsel, but are unable to find your name in the active roll of attorneys admitted to practice before this Court. Only members of the bar of this Court may be listed as attorneys of record and appear and participate on behalf of another in a case in this court. Only attorneys of record will receive notice of entry of orders or judgments in a particular case. If you wish to be listed as an attorney of record in matters pending before this Court, you must either be: (1) a member of the bar of the U.S. District Court of Minnesota or (2) temporarily admitted pro hac vice for a specific case in accordance with our local rules (LR 83.5(d)).

Pro hac vice admissions in this district are for a specific case, and your affiliation with multiple cases on a pro hac vice basis must be by separate application and payment of the $25 admission fee for each individual case, with the exception of actions consolidated for pretrial purposes.

The attached Motion for Admission Pro Hac Vice must be completed in its entirety, as all information is necessary for data entry and retrieval purposes. A signed copy of the motion will be forwarded to local counsel after it has been granted. This form and other attorney forms are also available on our website at www.mnd.uscourts.gov.

Mike Chutich
Attorney Admissions Clerk

---

**ELECTRONIC NOTICE OF ORDERS**
(To be Completed by Proposed Admittee)

Under Fed.R.Civ.P.77 and Fed.R.Crim.P.49, the Clerk for the District of Minnesota is authorized to transmit notice of entry of judgment, orders or notices by electronic transmission in any case in which this capability exists and the undersigned appears as attorney of record.

The undersigned consents to receive all court-generated notices required by Fed.R.Civ.P. 77 by electronic means and understands that electronic notice will be in lieu of notice by mail unless the Court learns that a failure has occurred in which case notice will be effected by mail within 24 hours.

Signature Chad D. Wells

E-MAIL: chad.wells@shawpittman.com
PLEASE TYPE Primary E-MAIL Address | Secondary E-MAIL Address* | Secondary E-MAIL Address*

*Secondary e-mail addresses will receive all notices sent to the primary address.