# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Minnesota Mining and Manufacturing Co. et al.,

Plaintiffs,

v.

Acco Brands, Inc., et al.,

Defendants.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-607 JRT/AJB |
| Date: | June 3, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 158 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | Hours & 30 Minutes |

APPEARANCES:

For Plaintiff: Matthew J. Goggin
Russell J. Rigby
For Defendant: Steven E. Adkins
Kevin D. Conneely

MOTION:

Plaintiff's Motion to Compel the Deposition of Stella Yu and the 30(b)(6) Deposition of Velo Enterprises Co., LTD. [Docket No. 118]

Motion taken under advisement as of: June 3, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED

s/Kelly L. Mangan
Signature of Law Clerk