**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and 3M INNOVATIVE PROPERTIES COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC. and AMERICAN COVERS, INC.<br><br>Defendants. | Civil Action No. 01-607 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD<br><br>Defendant. | Civil Action No. 02-4891 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**STIPULATED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER**

Pursuant to Rule 26 of the Federal Rules of Civil Procedures, all parties to this action, defendants Velo Enterprises Co., ACCO Brands, Inc., and American Covers, Inc., and plaintiffs 3M Company (formerly Minnesota Mining and Manufacturing Company) and 3M Innovative Properties Company (jointly referred to as “3M”), move by stipulation for entry of an Amended Protective Order in the form of the proposed Amended Protective Order filed herewith.

On January 5, 2004, pursuant to a stipulated motion of the parties, this Court entered a Protective Order that sets forth procedures for the protection of the parties' confidential and proprietary information disclosed in discovery. The parties have subsequently agreed to amend the January 5th Protective Order to add two in-house attorneys of defendant ACCO Brands, Inc., Lauren Tashma and Chrysso Sarkas Sarris, to the list of attorneys to whom confidential information may be disclosed pursuant to paragraph 9(a). Accordingly, the parties request entry of the proposed Amended Protective Order filed herewith.

STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED,

ACCO BRANDS, INC., and
AMERICAN COVERS, INC., and
VELO ENTERPRISE CO., LTD.

By their Counsel,

Dated: 6/8/04

s/ Frederick W. Morris_______________
Frederick W. Morris (#75358)
Jeffrey A. Eyres (#228527)
Kevin D. Conneely (#192703)
LEONARD, STREET AND DEINARD P.A.
150 South Fifth Street, Suite 2300
Minneapolis MN 55402
(612) 335-1500 (tel.)
(612) 335 1657 (fax)
email: frederick.morris@leonard.com

AND

Lawrence J. Gotts
Steven E. Adkins
Elizabeth Miller Roesel
Chad D. Wells
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900 (tel.)
(703) 770-7901 (fax)

3M COMPANY and
3M INNOVATIVE PROPERTIES COMPANY,

By their Counsel,

Dated: 6/8/04

s/ Matthew J. Goggin_______________

Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436 9605

AND

David K.Tellekson, (WSBA No. 33523)
DARBY & DARBY P.C.
1191 Second Avenue, Suite 1900
Seattle, Washington 98101-3420
Telephone: (206) 262 8900
Facsimile: (206) 262-8901