**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2004, I electronically filed the following documents:

1. Stipulated Motion for Entry of Amended Protective Order

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jeffrey A. Eyres | jeff.eyres@leonard.com |
| Matthew J. Goggin | mgoggin@ccvl.com, kstafsholt@ccvl.com, nlehnertz@ccvl.com |
| Frederick W. Morris | frederick.morris@leonard.com |
| Russell J. Rigby | rrigby@ccvl.com, kjohnston@ccvl.com |
| Elizabeth Miller Roesel | elizabeth.roesel@shawpittman.com |
| J. Derek Vandenburgh | dvandenburgh@ccvl.com, kjohnston@ccvl.com |

s/ Kevin D. Conneely________

Kevin D. Conneely
Attorney Bar # 192703
Attorney for Defendants Velo Enterprise Co., Ltd.
Leonard, Street and Deinard
A Professional Association
150 South Fifth Street, #2300
Minneapolis, MN 55402
(612) 335-1500
(612) 335-1657 (fax)
kevin.conneely@leonard.com