IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., and AMERICAN COVERS, INC.,<br><br>Defendants. | Civil Action No. 01-607 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD.,<br><br>Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**PLANTIFF 3M'S UNOPPOSED MOTION**
**FOR ISSUANCE OF A LETTER OF REQUEST**

Plaintiff 3M hereby moves this Court for issuance of 3M's Proposed Letter of Request to the Superior Court in Ontario, Canada. A copy of 3M's Proposed Letter of Request is filed herewith.

Respectfully submitted,

3M COMPANY AND
3M INNOVATIVE PROPERTIES CO.

By their attorneys,

Dated: June 9, 2004

s/ Matthew J. Goggin
Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
J. Derek Vandenburgh (#224,145)
Russell J. Rigby (#323,652)
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: 612-436-9600
Facsimile: 612-436-9605

Of Counsel:
Hildy Bowbeer, Esq.
George W. Jonas, Esq.
3M Company
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427

David K. Tellekson, (WSBA No. 33523)
DARBY & DARBY P.C.
1191 Second Avenue, Suite 1900
Seattle, Washington 98101-3420
Telephone: (206) 262-8900
Facsimile: (206) 262-8901