IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., and AMERICAN COVERS, INC.,<br><br>Defendants. | Civil Action No. 01-607 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD.,<br><br>Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**NOTICE OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST**

**TO:**

Steven Adkins
Elizabeth Miller Roesel
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

Frederick W. Morris
Jeffrey A. Eyres
Kevin D. Conneely
LEONARD STREET & DEINARD, P.A.
Suite 2300
150 South Fifth Street
Minneapolis, MN 55402

PLEASE TAKE NOTICE that Plaintiff 3M will move the Court for issuance of a Letter of Request directed to the Superior Court in Ontario, Canada to obtain information and testimony from Waterloo Furniture Components Ltd.

Respectfully submitted,

3M COMPANY AND
3M INNOVATIVE PROPERTIES CO.

By their attorneys,

Dated: June 9, 2004

s/ Matthew J. Goggin

Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
J. Derek Vandenburgh (#224,145)
Russell J. Rigby (#323,652)
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: 612-436-9600
Facsimile: 612-436-9605

Of Counsel:
Hildy Bowbeer, Esq.
George W. Jonas, Esq.
3M Company
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427

David K. Tellekson, (WSBA No. 33523)
DARBY & DARBY P.C.
1191 Second Avenue, Suite 1900
Seattle, Washington 98101-3420
Telephone: (206) 262-8900
Facsimile: (206) 262-8901