IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., and AMERICAN COVERS, INC.,<br><br>Defendants. | Civil Action No. 01-607 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD.,<br><br>Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2004, I caused the following documents:

1. Notice of Motion and Plaintiff 3M's Unopposed Motion for Issuance of a Letter of Request;

2. Memorandum in Support of Plaintiff 3M's Unopposed Motion for Issuance of a Letter of Request;

3. Declaration of Russell J. Rigby in Support of 3M's Motion for Issuance of a Letter of Request; and

4. [Proposed] Letter of Request

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| |
|---|
| Kevin Conneely<br>**LEONARD, STREET & DEINARD, P.A.**<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>Facsimile: (612) 335-1657<br><br>Local Counsel Attorneys For Defendant/Counterclaimants ACCO Brands, Inc., American Covers, Inc., and Velo Enterprise Co., Ltd. |
| Steven E. Adkins<br>Elizabeth Miller Roesel<br>**SHAW PITTMAN LLP**<br>1650 Tysons Boulevard<br>McLean, VA 22102<br>Telephone: (703) 770-7573<br>Facsimile: (703) 770-7901<br><br>Attorneys For Defendant/Counterclaimants<br>ACCO Brands, Inc. and American Covers, Inc. and Velo Enterprise Co., Ltd. |

Dated: June 9, 2004

s/ Matthew J. Goggin
Matthew J. Goggin