IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., and AMERICAN COVERS, INC.,<br><br>Defendants. | Civil Action No. 01-607 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD.,<br><br>Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

## **LETTER OF REQUEST**

This Letter of Request is from the United States District Court for the District of Minnesota to the Ontario Superior Court or other appropriate judicial authority in the Province of Ontario, Canada.

The above-captioned consolidated civil actions involve allegations of patent infringement and are pending in our District Court for the District of Minnesota. 3M Company and 3M

Innovative Property Company are the Plaintiffs and Velo Enterprise Co. Ltd., ACCO Brands Inc., and American Covers Inc. are the Defendants. Plaintiffs have asked this Court to issue this Letter of Request seeking certain discovery from third-party witness Waterloo Furniture Components Ltd. ("Waterloo Furniture"). This Court has concluded that justice cannot be completely done between these parties without testimony and document production from Waterloo Furniture, a corporation that resides in Kitchener, Ontario, within your jurisdiction. Waterloo Furniture is believed to have its primary place of business at 501 Manitou Dr., Kitchener, Ontario, Canada N2G 1L2. Specifically, justice cannot be done between the parties absent:

1. Testimony from Waterloo Furniture through one or more of its officers, directors, employees or other duly-authorized representatives having knowledge regarding:
   a. Gel-filled wrist rest products Waterloo Furniture has sold to ACCO/Kensington
   b. The source or supplier for the gel(s) Waterloo Furniture has used to manufacture each gel-filled wrist rest product it has sold to ACCO/Kensington, including but not limited to the gel-filled wrist rest products ACCO/Kensington sells under the following product numbers: K60033, K60037, K60044.
   c. The chemical composition, formulation, or specification for the gel(s) used in every gel-filled wrist rest product Waterloo Furniture has sold to ACCO/Kensington, including but not limited to the gel-filled wrist rest products ACCO/Kensington sells under the following product numbers: K60033, K60037, K60044.
2. Request for Production of the following documents and things:

a. All documents that identify by name or product number any gel-filled wrist rest products Waterloo Furniture has you have ever sold to ACCO/Kensington.

b. All documents that identify the source or supplier for the gel(s) Waterloo Furniture has used to manufacture each gel-filled wrist rest product Waterloo Furniture has sold to ACCO/Kensington, including but not limited to the gel-filled wrist rest products ACCO/Kensington sells under the following product numbers: K60033, K60037, K60044.

c. All documents that identify or describe the chemical composition, formulation, or specification for the gel(s) used in every gel-filled wrist rest product Waterloo Furniture has sold to ACCO/Kensington, including but not limited to the gel-filled wrist rest products ACCO/Kensington sells under the following product numbers: K60033, K60037; K60044.

This Court therefore requests that, in the interests of justice, you cause, by your proper and usual process, said Waterloo Furniture, by and through its knowledgeable representatives, to appear before you or some competent officer as determined by you, then and there to give testimony on his or her or their oath (or solemn affirmation) and to produce documents responsive to the above requests, and that you will cause the deposition(s) to be taken in accordance with applicable rules and laws governing the taking of such evidence, and that you will cause such documents, things, paper or other articles that said witness may produce or identify to be marked as Plaintiffs' Exhibits, and cause the same to be returned to this Court duly sealed and addressed to the Clerk of the United States District Court for the District of Minnesota, and this Court will be ready and willing to do the same for you in a similar case where required.

WITNESS,

This 10th day of June, 2004.

__s/ Arthur J. Boylan_______
Arthur J. Boylan
United States Magistrate Judge

_________________________________
Seal of the United States District Court