**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and 3M INNOVATIVE PROPERTIES COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC. and AMERICAN COVERS, INC.<br><br>Defendants. | Civil Action No. 01-607 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD<br><br>Defendant. | Civil Action No. 02-4891 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**THIRD STIPULATED MOTION FOR**
**MODIFICATION OF SCHEDULING ORDER**

Pursuant to Rule 16.3, the parties to this action, plaintiffs 3M Company and 3M Innovative Properties Company (jointly, “3M”), and defendants ACCO Brands, Inc., American Covers, Inc., and Velo Enterprise Co., Ltd hereby jointly move for entry of an order modifying the Scheduling Orders entered in the captioned matters.

The parties seek an extension of the following dates, as set forth below, to allow the parties to engage in meaningful settlement talks while avoiding the continuing expense of discovery and final preparation, including testing and analysis by the parties' technical and damages expert.

Moreover, the parties desire to allow their respective experts more time to prepare their reports after this Court enters its claim construction ruling after the **Markman** hearing, scheduled by the Court for August 10, 2004.

Proposed Third Scheduling Order Modification

| **Event** | **Existing Order** | **Proposed Modification** |
|---|---|---|
| Fact Discovery Cutoff | August 10, 2004 | October 11,2004 |
| Non-dispositive motions | November 1, 2004 | January 4, 2004 |
| Opening Expert Reports | September 1, 2004 | the later of 30 days after the Court enters a *Markman* ruling or December 1, 2004 |
| Responsive Expert Reports | September 15, 2004 | December 20, 2004 |
| Rebuttal Expert Reports | September 29, 2004 | January 10, 2005 |
| Expert Discovery Cutoff | November 1, 2004 | January 20, 2005 |
| Dispositive Motions | January 1, 2005 | March 1, 2005 |
| Trial Ready | April 1, 2005 | June 1, 2005 |

This motion is supported by the parties' Stipulated Memorandum, which further explains the reasons for the requested modifications.

ACCO BRANDS, INC., and
AMERICAN COVERS, INC., and
VELO ENTERPRISE CO., LTD.

Dated: June 16, 2004

s/ Frederick W. Morris
Frederick W. Morris (#75358)
Jeffrey A. Eyres (#228527)
Kevin D. Conneely (#192703)
LEONARD, STREET AND DEINARD P.A.
150 South Fifth Street, Suite 2300
Minneapolis MN 55402
(612) 335-1500 (tel.)
(612) 335 1657 (fax)
frederick.morris@leonard.com

AND

Steven E. Adkins
Elizabeth Miller Roesel
Chad D. Wells
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900 (tel.)
(703) 770-7901 (fax)

3M COMPANY and
3M INNOVATIVE PROPERTIES COMPANY,

Dated: June 16, 2004

s/ Matthew J. Goggin
Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436 9605

AND

David K.Tellekson, (WSBA No. 33523)
DARBY & DARBY P.C.
1191 Second Avenue, Suite 1900

Seattle, Washington 98101-3420
Telephone: (206) 262 8900
Facsimile: (206) 262-8901