**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2004, I electronically filed the following documents:

1. Third Stipulated Motion for Modification of Scheduling Order; and

2. Memorandum in Support of Third Stipulated Motion for Modification of Scheduling Order of December 12, 2003

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jeffrey A. Eyres | jeff.eyres@leonard.com |
| Matthew J. Goggin | mgoggin@ccvl.com, kstafsholt@ccvl.com, nlehnertz@ccvl.com |
| Russell J. Rigby | rrigby@ccvl.com, kjohnston@ccvl.com |
| Elizabeth Miller Roesel | elizabeth.roesel@shawpittman.com |
| J. Derek Vandenburgh | dvandenburgh@ccvl.com, kjohnston@ccvl.com |
| Kevin Conneely | kevin.conneely@leonard.com, barbara.mclean@leonard.com |

I further certify that I mailed the foregoing documents and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

Lawrence J. Gotts
Shaw Pittman
1650 Tysons Boulevard
McLean, VA 22102

s/ Frederick W. Morris
Frederick W. Morris
Attorney Bar # 75358
Attorney for Defendants ACCO Brands, Inc. and
American Covers, Inc.
Leonard, Street and Deinard
A Professional Association
150 South Fifth Street, #2300
Minneapolis, MN 55402
(612) 335-1500
(612) 335-1657 (fax)
frederick.morris@leonard.com