**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY and 3M INNOVATIVE PROPERTIES COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC. and AMERICAN COVERS, INC.<br><br>Defendants. | Civil Action No. 01-607 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD<br><br>Defendant. | Civil Action No. 02-4891 JRT/AJB<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**ORDER FOR THIRD SCHEDULING MODIFICATION**

This matter comes before the Court on the parties' Third Stipulated Motion for Modification of Scheduling Order in the captioned matters. The motion has been fully briefed and submitted without oral argument. The Court finds that good cause exists and that the requested extension is appropriate and will further the interests of judicial economy.

Accordingly, the parties' Stipulated Motion is granted, and the Scheduling Order is hereby modified as follows:

| Event | Existing Order | Modification |
|---|---|---|
| Fact Discovery Cutoff | August 10, 2004 | October 11,2004 |
| Non-dispositive Motions | November 1, 2004 | January 4, 2005 |
| Opening Expert Reports | September 1, 2004 | the later of 30 days after the Court enters a *Markman* ruling or December 1, 2004 |
| Responsive Expert Reports | September 15, 2004 | December 20, 2004 |
| Rebuttal Expert Reports | September 29, 2004 | January 10, 2005 |
| Expert Discovery Cutoff | November 1, 2004 | January 20, 2005 |
| Dispositive Motions | January 1, 2005 | March 1, 2005 |
| Trial Ready | April 1, 2005 | June 1, 2005 |

Dated: _June 17, 2004_____

___s/ Arthur J. Boylan_______
Arthur J. Boylan
United States Magistrate Judge