IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,

Plaintiffs,

v.

ACCO BRANDS, INC., and AMERICAN COVERS, INC.,

Defendants.

Civil Action No. 01-607 (JRT/AJB)

Judge John R. Tunheim
Magistrate Judge Arthur J. Boylan

3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,

Plaintiffs,

v.

VELO ENTERPRISE CO., LTD.,

Defendant.

Civil Action No. 02-4891 (JRT/AJB)

Judge John R. Tunheim
Magistrate Judge Arthur J. Boylan

**LETTER OF REQUEST**

This Letter of Request is from the United States District Court for the District of Minnesota to the Ontario Superior Court or other appropriate judicial authority in the Province of Ontario, Canada.

The above-captioned consolidated civil actions involve allegations of patent infringement and are pending in our District Court for the District of Minnesota. 3M Company and 3M

Innovative Property Company are the Plaintiffs and Velo Enterprise Co. Ltd., ACCO Brands Inc., and American Covers Inc. are the Defendants. Plaintiffs have asked this Court to issue this Letter of Request seeking certain discovery from third-party witness Waterloo Furniture Components Ltd. ("Waterloo Furniture"). This Court has concluded that justice cannot be completely done between these parties without testimony and document production from Waterloo Furniture, a corporation that resides in Kitchener, Ontario, within your jurisdiction. Waterloo Furniture is believed to have its primary place of business at 501 Manitou Dr., Kitchener, Ontario, Canada N2G 1L2. Specifically, justice cannot be done between the parties absent:

1. Testimony from Waterloo Furniture through one or more of its officers, directors, employees or other duly-authorized representatives having knowledge regarding:

   a. Gel-filled wrist rest products Waterloo Furniture has sold to ACCO/Kensington

   b. The source or supplier for the gel(s) Waterloo Furniture has used to manufacture each gel-filled wrist rest product it has sold to ACCO/Kensington, including but not limited to the gel-filled wrist rest products ACCO/Kensington sells under the following product numbers: K60033, K60037, K60044.

   c. The chemical composition, formulation, or specification for the gel(s) used in every gel-filled wrist rest product Waterloo Furniture has sold to ACCO/Kensington, including but not limited to the gel-filled wrist rest products ACCO/Kensington sells under the following product numbers: K60033, K60037, K60044.

2. Request for Production of the following documents and things:

Witness the Honorable Arthur J. Boylan, Magistrate Judge of the United States District Court for the District of Minnesota.

Dated: June 10, 2004.

Arthur J. Boylan
United States Magistrate Judge

I, Richard D. Sletten, Clerk of this United States District Court, keeper of the records and seal, certify that the Honorable Arthur J. Boylan named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name and affix the seal of this Court at Minneapolis, in Minnesota.

Dated: 6-22-04

Richard D. Sletten, Clerk

I, Arthur J. Boylan, a Judicial Officer of this Court, certify that Richard D. Sletten, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal.

Dated: June 22, 2004

Arthur J. Boylan
United States Magistrate Judge