# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

Minnesota Mining, et al.,

Plaintiff,

v.

ACCO Brands Inc., et al.,

Defendant.

**COURT MINUTES**

Case Number: 01cv607 JRT/AJB

Date: July 1, 2004
Time Commenced: 8:45 a.m.
Time Concluded: 9:00 a.m.
Time in Court: 15 Minutes

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

s/ Kathy Thobe
Judicial Assistant