# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Minnesota Mining and Manufacturing Company, et al.,
Plaintiff,

v.

ACCO Brands, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-607 JRT/AJB

Date: July 8, 2004
Time Commenced: 10:15 a.m.
Time Concluded: 10:45 a.m.
Time in Court: 30 Minutes

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

s/ Kathy Thobe
Judicial Assistant