IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY, Plaintiffs, v. ACCO BRANDS, INC., and AMERICAN COVERS, INC., Defendants. | Civil Action No. 01-607 (JRT/AJB)<br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY Plaintiffs, v. VELO ENTERPRISE CO., LTD Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**STIPULATED MOTION TO RELEASE ITC DOCUMENTS TO PLAINTIFF**

Plaintiffs 3M Company and 3M Innovative Properties Company, and Defendants Velo Enterprise Co., Ltd., ACCO Brands, Inc., and American Covers, Inc., hereby move by stipulation for entry of an order releasing and transferring to plaintiffs' counsel all documents, files, records, and exhibits transferred to this Court by the United States International Trade Commission (ITC), relating to ITC Investigation No. 337-TA-456, entitled "In the Matter of CERTAIN GEL-FILLED WRIST RESTS AND PRODUCTS CONTAINING SAME."

HEREBY STIPULATED AND AGREED TO:

3M COMPANY AND
3M INNOVATIVE PROPERTIES COMPANY

By their attorneys,

Dated: Aug. 17, 2004

s/ Matthew J. Goggin

Alan G. Carlson (#14,801)
Matthew J. Goggin (#210,705)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Phone: (612) 436-9600
Facsimile: (612) 436-9605

VELO ENTERPRISE CO., LTD.,
ACCO BRANDS, INC., AND
AMERICAN COVERS, INC.

By their attorneys,

Dated: Aug. 17, 2004

s/ Frederick W. Morris

Frederick William Morris (#75,358)
Kevin D. Conneely (#192,703)
LEONARD STREET AND DEINARD
PROFESSIONAL ASSOCIATION
150 Fifth Street South, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

Steven E. Adkins
Elizabeth Miller Roesel
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
Telephone: (703) 770-7573
Facsimile: (703) 770-7901