IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO BRANDS, INC., and AMERICAN COVERS, INC.,<br><br>Defendants. | Civil Action No. 01-607 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VELO ENTERPRISE CO., LTD.,<br><br>Defendant. | Civil Action No. 02-4891 (JRT/AJB)<br><br>Judge John R. Tunheim<br>Magistrate Judge Arthur J. Boylan |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2004, I caused the following documents:

1. Stipulated Motion to Release ITC Documents to Plaintiff

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kevin Conneely
**LEONARD, STREET & DEINARD, P.A.**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

Local Counsel Attorneys For Defendant/Counterclaimants ACCO Brands, Inc., American Covers, Inc., and Velo Enterprise Co., Ltd.

Steven E. Adkins
Elizabeth Miller Roesel
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
Telephone: (703) 770-7573
Facsimile: (703) 770-7901

Attorneys For Defendant/Counterclaimants
ACCO Brands, Inc. and American Covers, Inc. and Velo Enterprise Co., Ltd.

Dated: August 17, 2004

s/ Matthew J. Goggin
Matthew J. Goggin