IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY & 3M INNOVATIVE PROPERTIES COMPANY, Plaintiffs, | Civil Action No. 01-607 (JRT/AJB) |
| v. | Judge John R. Tunheim |
| ACCO BRANDS, INC., and AMERICAN COVERS, INC., Defendants. | Magistrate Judge Arthur J. Boylan |
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY Plaintiffs, | Civil Action No. 02-4891 (JRT/AJB) |
| v. | Judge John R. Tunheim |
| VELO ENTERPRISE CO., LTD Defendant. | Magistrate Judge Arthur J. Boylan |

**ORDER**

The parties' stipulated motion is **GRANTED**. [Docket No. 163, Civil No. 01-607; Docket No. 104, Civil No. 02-4891].

**IT IS HEREBY ORDERED THAT** all documents, files, records, and exhibits transferred to this Court by the United States International Trade Commission ("the ITC"), relating to ITC Investigation No. 337-TA-456, entitled "In the Matter of CERTAIN GEL-FILLED WRIST RESTS AND PRODUCTS CONTAINING SAME," shall be released and transferred to Plaintiffs' counsel.

August 18, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge